## ROBERTS v. CHANDLER.

No. 6403.  Opinion Filed February 29, 1916.

Rehearing Denied March 21, 1916.

(155 Pac. 1118.)

**APPEAL AND ERROR—Briefs—Failure to File—Reversal.** Where the defendant in error files no brief, if upon examination of the record it appears that the contention of plaintiff in error is reasonably supported by his brief, this court will not seek for a theory upon which the judgment may be sustained, but under these conditions the judgment may be reversed.

(Syllabus by Brett, C.)

*Error from County Court, Pontotoc County;*
*I. M. King, Judge.*

Action by Elias Roberts, an incompetent, by his legal guardian, J. E. G. Bradshaw, against L. M. Chandler. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*Gordon Fryer,* for plaintiff in error.

Opinion by BRETT, C. This action was commenced in the county court of Pontotoc county by the plaintiff in error, against the defendant in error, to recover judgment for rents on certain lands described in the petition, and also for damages for the wrongful detention of said lands. A trial was had, which resulted in a judgment for the defendant. The plaintiff appeals from this judgment.

The defendant has filed no brief, and assigns no reason for his failure to do so. We have examined the record and brief of plaintiff in error, and find his contention is reasonably supported by his brief; and we will not, therefore, seek a theory upon which the judgment may be affirmed.

We therefore recommend that the judgment be reversed, and the cause remanded for further proceedings.

By the Court: It is so ordered.